PAY TO THE ORDER OF ANY FEDERAL
RESERVE BANK OR GENERAL DEPOSITARY
FOR CREDIT TO
THE UNITED STATES TREASURY
D. O. SYMBOL 1040046-0
UNITED STATES DISTRICT COURT
911 JACKSON AVENUE, ROOM 369
OXFORD, MISSISSIPPI 38655-0622
NORTHERN DISTRICT OF MISSISSIPPI

RECEIVED
MAY 11 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JAMES EVERETT DUTSCHKE**                                    MOVANT

V.                                                             NO. 1:13CR81-SA

**UNITED STATES OF AMERICA**                                  RESPONDENT

## ACKNOWLEDGMENT OF RECEIPT

**TO THE CLERK OF THE COURT:**

I am the movant in the above entitled action and I hereby acknowledge that I am in receipt of: **ORDER REQUIRING GOVERNMENT TO FILE RESPONSE** dated ~~April~~ May 6th, 2015.

THIS the 6th day of May, 2015.

_James Everett Dutschke_
**MOVANT**

Please return this Acknowledgment Form to:

Clerk, U.S. District Court
911 Jackson Avenue, Suite 369
Oxford, MS 38655

Received May 6th, 2015

Name: James Everett Dutschke
Reg. No.: 15536-042
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

(M-15-010-003-2)

DENVER CO 802
06 MAY 2015 PM 8 L

Clerk
US District Court
911 Jackson Ave
#369
Oxford, MS 38655

38655362294