UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**JAMES EVERETT DUTSCHKE**                            **PETITIONER**

**V.**                                                       **1:13-CR-00081-SA-DAS**

**UNITED STATES OF AMERICA**                        **RESPONDENTS**

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Comes now the United States of America, by and through the United States Attorney for the Northern District of Mississippi and files this Motion for Extension of Time to File Response to James Everett Dutsche's Motion to Vacate under 28 U.S.C. §2255 and would show unto the Court as follows:

1. On April 27, 2015, James Everett Dutschke filed a motion to vacate pursuant 28 U.S.C. § 2255 and also filed memorandum in support of said motion;

2. On April 30, 2015, the Court filed an order directing the United States respond to Dutschke's motion to vacate; and

3. That because of a very large case load and an sudden illness of the lead Assistant United States Attorney on this matter, the government respectfully requests a ten (10) day extension in which to reply to James Everett Dutsche's motion to vacate.

Respectfully submitted, this the 29th day of June, 2015.

                                             FELICIA C. ADAMS, MS Bar No. 1049
                                             United States Attorney

                                             By:  */s/ William C. Lamar*
                                             WILLIAM C. LAMAR (MS Bar No. 8479)
                                             Assistant United States Attorney
                                             900 Jefferson Avenue
                                             Oxford MS 38655-3608
                                             Telephone 662/234-3351
                                             Criminal Division fax 662/234-0657

## **CERTIFICATE OF SERVICE**

     I, WILLIAM C. LAMAR, hereby certify that on June 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

        Kenneth H. Coghlan
        kcoghlan@rayburnlaw.com

and have mailed same to:

        James Everett Dutschke
        15536-042 USP Max
        P. O. Box 8500
        Florence, CO 81226-8500

                                    */s/ William C. Lamar*
                                    WILLIAM C. LAMAR
                                    Assistant United States Attorney