IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES EVERETT DUTSCHKE**                                        **MOVANT**

**V.**                                                   **NO. 1:13CR81-SA**

**UNITED STATES OF AMERICA**                               **RESPONDENT**

### ORDER

This matter comes before the Court upon Movant's motion for an extension of time within which to file a reply in this action. The Court finds the motion [108] well taken and **GRANTED**. Movant shall have up to and until September 4, 2015, to file his reply.

**SO ORDERED**, this the 4th day of August, 2015.

                                                       /s/ Sharion Aycock
                                                       **U.S. DISTRICT JUDGE**